No. 486, Misc.   LAWRENCE *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Albert A. Stern* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 488, Misc.   TAYLOR *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.   United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 489, Misc.   GALLOWAY *v.* INDIANA ET AL.   Criminal Court of Marion County, Indiana.   Certiorari denied.

No. 493, Misc.   COOPER *v.* TEETS, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 494, Misc.   MONAGHAN *v.* BURKE, WARDEN.   C. A. 3d Cir.   Certiorari denied.

No. 499, Misc.   HOWELL *v.* HANN, WARDEN.   Supreme Court of Nebraska.   Certiorari denied.

No. 502, Misc.   CHASE *v.* CRANOR, SUPERINTENDENT. Supreme Court of Washington.   Certiorari denied.

No. 503, Misc.   HEWLETT *v.* CALIFORNIA.   District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 513, Misc.   BRINK *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania, Western District.   Certiorari denied.